

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-14-00641-CV

Robert **MARX** and Debbie Marx,
Appellants

v.

**FDP, LP**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-03-0101-CVW
Honorable Stella Saxon, Judge Presiding

## O R D E R

The underlying lawsuit originally involved two plaintiffs: Larry Friesenhahn and FDP, LP. Plaintiffs filed suit against three defendants: Robert Marx, Debbie Marx, and Diego Lopez. On April 8, 2013, both plaintiffs filed a Notice of Nonsuit, without prejudice, against one of the defendants, Diego Lopez. On July 9, 2014, plaintiff FDP, LP filed a motion for summary judgment, which was granted on August 11, 2014. Robert Marx and Debbie Marx seek to appeal this judgment.

After the clerk's record was filed in this appeal, it appeared the claims asserted by plaintiff Larry Friesenhahn had not been disposed of, and therefore, the August 11, 2014, summary judgment was interlocutory. On October 10, 2014, this court issued a show cause order directing appellants to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. On October 16, 2014, a supplemental clerk's record was filed containing a Notice of Nonsuit and an Order on Nonsuit signed by the trial court on October 15, 2014, stating: "the claims asserted by Plaintiff, Larry Friesenhahn, have been voluntarily non-suited and, therefore, dismissed without prejudice."

On October 22, 2014, appellants filed a written response to our show cause order in which they (1) noted the nonsuit of Friesenhahn's claims, and (2) indicated the claims against defendant Diego Lopez may still be pending. Apparently, both plaintiffs filed a second amended petition on September 30, 2013, naming Lopez as a defendant. If plaintiffs intend to reassert their claims against Lopez, then the August 11, 2014, summary judgment remains interlocutory. An order or judgment is final when it disposes of all claims asserted by and against all parties.

*Martinez v. Humble Sand & Gravel, Inc.*, 875 S.W.2d 311, 312 (Tex. 1994); *New York Underwriters Ins. Co. v. Sanchez*, 799 S.W.2d 677, 678-79 (Tex. 1990).

Because this court may lack jurisdiction over this appeal, appellants are hereby ORDERED to show cause in writing <u>no later than November 13, 2014</u>, why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are HELD IN ABEYANCE pending further order of this court.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2014.

Keith E. Hottle
Clerk of Court